**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GREGORY LIONEL GILLIS** **PETITIONER**
**ADC #113104**

**v.** **Case No: 4:25-cv-00260-LPR**

**DEXTER PAYNE** **RESPONDENT**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 13). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Amended Petition for Writ of Habeas Corpus (Doc. 6) is DISMISSED with prejudice. A certificate of appealability will not issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 13th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE